IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MARCUS HARRIS, Reg #25188-009, and SANTOSHA HARRIS | * * * * | |
| Plaintiffs | * | |
| V. | * | NO: 4:10CV01525  SWW |
| | * * | |
| US BANK NATIONAL ASSOCIATION | * * * * | |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 26TH DAY OF OCTOBER, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE